UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | CR 3:15-7 |
| ) | CR 3:15-11 |
| ANTONIO RAMIREZ-CATALAN, ) | |
| LUIS GRANADOS-ARVIZU | |

## ORDER

Application for leave of absence has been requested by Assistant United States Attorney Marcela Mateo for the periods of November 3, 2015 through November 6, 2015, and November 11, 2015 through November 12, 2015. The above and foregoing request for leave of absence is approved; however the attorney must make arrangements for other counsel in the event the case is scheduled for hearing or trial during such leave.

SO ORDERED, this 27 day of October, 2015.

_____
HONORABLE DUDLEY H. BOWEN
JUDGE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA